Mary ANDERSON, Respondent,

v.

Lowell ANDERSON, Appellant.

No. WD 46863.

Missouri Court of Appeals,
Western District.

July 20, 1993.

Gary Vance Cover, Clinton, for appellant.

Martin D. McLaughlin, Warsaw, for respondent.

Before BERREY, P.J. and
BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from maintenance provisions of dissolution of marriage decree.

Decree affirmed pursuant to Rule 84.-16(b).